957 A.2d 1176

**Miguel ALICIA, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 78 EM 2008.**

Supreme Court of Pennsylvania.

Sept. 25, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 25th day of September, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**